# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2014-0733, <u>Katie Bedard v. Pearl Coyman</u>, the court on June 10, 2015, issued the following order:**

Having considered the brief, memorandum of law, and limited record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The defendant, Pearl Coyman, appeals the order of the Circuit Court (<u>Gordon</u>, J.) entering a judgment for the plaintiff, Katie Bedard, in the amount of $5,600 plus costs and interest, arguing that the court erred in finding that the parties entered into a valid contract for services and that the defendant owed money to the plaintiff pursuant to the contract. She asserts that the court failed to consider evidence submitted in support of her defenses.

It is the burden of the appealing party, here the defendant, to provide this court with a record sufficient to decide her issues on appeal. <u>Bean v. Red Oak Prop. Mgmt.</u>, 151 N.H. 248, 250 (2004); <u>see also</u> <u>Sup. Ct. R.</u> 15(3) ("If the moving party intends to argue in the supreme court that a finding or conclusion is unsupported by the evidence or is contrary to the evidence, he shall include in the record a transcript of all evidence relevant to such finding or conclusion."); <u>Town of Nottingham v. Newman</u>, 147 N.H. 131, 137 (2001) (rules of appellate practice not relaxed for self-represented litigants).

The defendant's arguments contain factual components premised upon evidence presented to the trial court at the October 3, 2014 hearing. The defendant failed to provide a transcript of the hearing. Absent a transcript, we must assume that the evidence was sufficient to support the decision reached. <u>See</u> <u>Atwood v. Owens</u>, 142 N.H. 396, 396 (1997). Accordingly, we review the trial court's decision for errors of law only, <u>see</u> <u>id</u>. at 397, and find none.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**